

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:       Robert Benjamin Franks v. The State of Texas

Appellate case number:    01-18-00055-CR

Trial court case number:   CR-16-0792

Trial court:                      22nd District Court of Hays County

        The en banc court has voted to deny appellant's motion for en banc reconsideration.* It is ordered that appellant's motion for en banc reconsideration is **denied**.

Judge's signature:  /s/ Gordon Goodman_____
                                    Acting for the En Banc Court

Date:  March 3, 2020

* En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.